

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2019

No. 04-19-00202-CV

**IN THE INTEREST OF H.E.W.M.**, a child,

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-443CCL
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant's attorney has filed a motion seeking access to a portion of the record that is sealed. The motion is **GRANTED**. The clerk of the court is instructed to provide a copy of the sealed record to appellant's attorney and appellee's attorney on CD-ROM. All parties and their attorneys are **ORDERED** not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event appellant or appellee reference the sealed record in their respective briefs, they are **ORDERED** to (1) file their respective briefs in paper form only, (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. See TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court